Daniel J. Stephenson, SBN:  270722
*dstephenson@dykema.com*
Vivian I. Kim, SBN:  272185
*vkim@dykema.com*
**DYKEMA GOSSETT LLP**
333 South Grand Avenue, Suite 2100
Los Angeles, CA  90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Defendant
LENOVO (UNITED STATES), INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,<br><br>Defendants. | Case No. 5:15-cv-00807-RMW<br><br>**DEFENDANT LENOVO (UNITED STATES), INC.'S RESPONSE IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[CIVIL LOCAL RULE 3-12(E)] |
| This document relates to:<br><br>RHONDA ESTRELLA, SONIA FEREZAN, JOHN WHITTLE, and ALAN WOYT on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:15-cv-01044-LHK |

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1 | This document also relates to: | Case No. 3:15-cv-01069-DMR

2 | KEN MARTINI, individually and on
  | behalf of all others similarly situated,

3

4 |         Plaintiff,

5 |     v.

6 | LENOVO (UNITED STATES) INC.,
  | and SUPERFISH INC.,

7 |         Defendants.

8 | This document also relates to:

9 | JGX, INC. d/b/a LEFTY O'DOUL'S, | Case No. 5:15-cv-01113-NC
  | individually and on behalf of a class of

10 | those similarly situated,

11 |         Plaintiff,

12 |     v.

13 | LENOVO GROUP LIMITED, LENOVO
   | (UNITED STATES), INC., and

14 | SUPERFISH, INC.,

15 |         Defendants.

16

17 | This document also relates to: | Case No. 5:15-cv-01122-PSG

18 | STANLEY D. JOHNSON, individually
   | and on behalf of all others similarly

19 | situated,

20 |         Plaintiff,

21 |     v.

22 | LENOVO (UNITED STATES) INC.,
   | LENOVO GROUP LIMITED, and

23 | SUPERFISH INC.,

24 |         Defendants.

25

26 | CAPTION CONTINUED ON THE NEXT
   | PAGE

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

| | |
|---|---|
| This document also relates to: | Case No. 5:15-cv-01125-LHK |
| MICHAEL SIMONOFF, individual and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO (UNITED STATES), INC., and SUPERFISH, INC., | |
| Defendants. | |
| This document also relates to: | Case No. 5:15-cv-01166-PSG |
| RUSSELL WOOD and THOMAS WILSON, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES) INC., LENOVO HOLDING COMPANY, INC., LENOVO GROUP LIMITED, and SUPERFISH INC., | |
| Defendants. | |
| This document also relates to: | Case No. 3:15-cv-01177-LB |
| MICHELLE BEHREN and MARY JANE BARBOSA, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES), INC., and SUPERFISH, INC., | |
| Defendants. | |
| CAPTION CONTINUED ON THE NEXT PAGE | |

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

| | |
|---|---|
| This document also relates to:<br><br>DAVID HUNTER, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation,<br><br>        Defendants. | Case No.: 5:15-cv-00819 |
| This document also relates to:<br><br>ROBERT RAVENCAMP, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC.<br><br>        Defendants. | Case No.: 3:15-cv-01206 |

Defendant Lenovo (United States), Inc. ("Lenovo") respectfully submits this Response in Support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

Lenovo agrees with Plaintiff Sterling International Consulting Group ("Sterling") that the following cases, including two additional cases not mentioned in Sterling's Motion, should be related before Judge Ronald M. Whyte because they meet the Rule 3-12(a) standard for "related cases":

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Sterling Int'l Consulting Group v. Lenovo (United States), Inc., et al.* | 5:15-cv-00807 | 2/23/15 |
| *Hunter v. Lenovo (United States), Inc., et al.*[1] | 5:15-cv-00819 | 2/23/15 |

[1] A copy of the *Hunter* complaint is attached as Exhibit A to accompanying Declaration of Daniel J. Stephenson in Support of Defendant Lenovo (United States), Inc.'s Response in Support of

| Case Name | Case Number | Date Filed |
|---|---|---|
| *Hall, et al. v. Lenovo (United States), Inc., et al.* | 3:15-cv-00964 | 3/2/15 |
| *Estrella, et al. v. Lenovo (United States), Inc., et al.* | 5:15-cv-1044 | 3/5/15 |
| *Martini v. Lenovo (United States), Inc., et al.* | 4:15-cv-1069 | 3/9/15 |
| *Johnson v. Lenovo (United States), Inc., et al.* | 5:15-cv-01122 | 3/10/15 |
| *JGX, Inc. d/b/a/ Lefty O'Doul's v. Lenovo Group Limited, et al.* | 5:15-cv-01113 | 3/10/15 |
| *Simonoff v. Lenovo (United States), Inc., et al.* | 5:15 cv 01125 | 3/10/15 |
| *Behren, et al. v. Lenovo (United States), Inc., et al.* | 3:15-cv-01177 | 3/12/15 |
| *Wood, et al. v. Lenovo (United States), Inc., et al.* | 5:15-cv-01166 | 3/12/15 |
| *Ravencamp v. Lenovo (United States), Inc., et al.*[2] | 3:15-cv-01206 | 3/13/15 |

All 11 actions listed above are putative class actions concerning substantially the same events; namely, alleged injury caused by the installation of Superfish, Inc.'s ("Superfish") Visual Discovery program on certain Lenovo laptops. All 11 complaints name Lenovo and Superfish; 5 of the 11 cases name additional defendants Lenovo contends are not proper parties to the dispute.

Based on the substantial similarity of the claims and allegations in the 11 actions, Lenovo believes that consolidation before Judge Whyte would avoid conflicting results and avoid an unduly burdensome duplication of labor and expense.

Dated:  March 16, 2015                    Respectfully Submitted,

DYKEMA GOSSETT LLP

*/s/ Daniel J. Stephenson*
Daniel J. Stephenson
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Phone: (213) 457-1800
Fax:  (213) 457-1850
*dstephenson@dykema.com*

***Counsel for Defendant***
***Lenovo (United States), Inc.***

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE, SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

PAS01\829915.1

---

Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related ("Stephenson Decl.").

[2] A copy of the *Ravencamp* complaint is attached as Exhibit B to the Stephenson Decl.