UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,<br><br>Defendants. | Case No. 5:15-cv-00807-RMW<br><br>**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This document relates to:<br><br>VINCENT WONG and NAGASUBRAHMANYAM KUMMARAGUNTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation,<br><br>Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:15-cv-01478-PSG |

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                                                           1

| | |
|---|---|
| This document also relates to:<br><br>BILL CULLIFER, LIZ EDWARDS, DOUGLAS IRWIN, JOSEPH GUERRA, AUSTIN ARDMAN, HANK BAUMER, THOMAS BEHRENDT, ALLAN BOGH, RICHARD BROOKS, JILL CAZAUBON, JENNIFER COLE, LAUREN DANNHEIM, JENNIFER DAVIS, EDWARD DRESSEL, CHRISTOPHER DUNN, DONALD GEARHART, KENG GEE, BRIAN GUTTERMAN, HEATHER HARE, JOSE HIDALGO, NEERAJ KALRA, RYAN KEMPER, JIM KOPPS, RAJKUMAR KOTHAPA, MICHELE LARGÉ, ARUL LOUIS, THOMAS LUCAS, TOM MILLER, ERIC MORETTI, TREVOR MURDOCK, TRAVIS PALMER, ELIZABETH PRATT, ROBERT QAKISH, TINA RICHMAN, CANDACE ROSE, DANIELLE ROUGIER, RAY SCHMALZER, ZESHAN SHEIKH, CHRIS SHOUTS, ALICE SPALITTA, ZACHARY STEIN, CONNIE SUPERNAULT, RUSS TAKLE, NATE TALLEY, NIKOLAS THERIOT, ARIELLA VASQUEZ, KATE WOODS, KYLE YOUNGS, AND LIANGFANG ZHAO, individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SUPERFISH, INC., and LENOVO (UNITED STATES), INC.,<br><br>            Defendants. | Case No. 5:15-cv-01496-PSG |
| This document also relates to:<br><br>DIMITRIY KHAZAK, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SUPERFISH, INC., LENOVO (UNITED STATES), INC., and LENOVO GROUP LIMITED,<br><br>            Defendants. | Case No. 5:15-cv-01665-HRL |

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW

2

1 Pursuant to Civil Local Rule 3-12, plaintiff Sterling International Consulting Group moves to relate this case, *Sterling Int'l Consulting Group v. Lenovo (United States), Inc., et al.*, Case No. 15-cv-00807-RMW, filed February 23, 2015, to three similar cases filed in this district: (1) *Wong, et al. v. Lenovo (United States) Inc., et al.*, Case No. 15-cv-01478-PSG, filed March 31, 2015; (2) *Cullifer, et al. v. Superfish, Inc., et al.*, Case No. 15-01496-PSG, filed April 1, 2015; and (3) *Khazak v. Superfish, Inc., et al.*, Case No. 15-cv-01665-HRL, filed April 10, 2015. *See* Dkt. Nos. 28, 30. The plaintiffs in each action agree that the cases should be related and support Sterling's motion, and the defendants in each action do not oppose relation. *See* Dkt. Nos. 28, at 1; 30 at 1.

Upon consideration of the foregoing motion, the papers submitted in support, and good cause appearing, the Court hereby GRANTS the motion. The court has reviewed the three cases, and finds that each meets the criteria under Civ. L. R. 3-12 for relating cases.

**IT IS SO ORDERED** that *Wong, et al. v. Lenovo (United States) Inc., et al.*, Case No. 15-cv-01478-PSG, *Cullifer, et al. v. Superfish, Inc., et al.*, Case No. 15-01496-PSG, and *Khazak v. Superfish, Inc., et al.*, Case No. 15-cv-01665-HRL are related to *Sterling International Consulting Group v. Lenovo (United States) Inc., et al.*, Case No. 15-cv-00807-RMW, and are assigned to the undersigned Judge.

A case management conference is set for June 19, 2015. The parties shall file a joint case management statement in each case by June 12, 2015.

Dated: Cr tkrl40, 2015

_____
Ronald M. Whyte
United States District Judge

ORDER GRANTING MOTION TO RELATE
15-cv-00807-RMW                    3