UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES) INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,<br><br>Defendants. | Case No. 5:15-cv-00807-RMW<br><br>**ORDER GRANTING MOTION FOR STAY** |
| This document relates to:<br><br>DAVID HUNTER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation,<br><br>Defendants.<br><br>CAPTION CONTINUED ON THE NEXT PAGE | Case No. 5:15-cv-00819-RMW |

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW                                         1

| | |
|---|---|
| This document also relates to: | Case No. 5:15-cv-00964-RMW |
| CHRISTOPHER HALL, MATTHEW KELSO, MICHAEL MORICI, JAYNE COSTANZO, RYAN BAUMGARTNER, LAURA BURNS, THOMAS CARNEY, BEATRIZ DAVIS, DENNIS HASTY, WENDY DURAN and GABE DURAN, individually, and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED and SUPERFISH, INC., | |
| Defendants. | |
| This document also relates to: | Case No. 5:15-cv-01044-RMW |
| RHONDA ESTRELLA, SONIA FEREZAN, JOHN WHITTLE, and ALAN WOYT on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES), INC., and SUPERFISH, INC., | |
| Defendants. | |
| This document also relates to: | Case No. 5:15-cv-01069-RMW |
| KEN MARTINI, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | |
| v. | |
| LENOVO (UNITED STATES) INC., and SUPERFISH INC., | |
| Defendants. | |

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW                                        2

| | |
|---|---|
| This document also relates to:<br><br>JGX, INC. d/b/a LEFTY O'DOUL'S, individually and on behalf of a class of those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENOVO GROUP LIMITED, LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>    Defendants. | Case No. 5:15-cv-01113-RMW |
| This document also relates to:<br><br>STANLEY D. JOHNSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED, and SUPERFISH, INC.,<br><br>    Defendants. | Case No. 5:15-cv-01122-RMW |
| This document also relates to:<br><br>MICHAEL SIMONOFF, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>    Defendants. | Case No. 5:15-cv-01125-RMW |

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW                                   3

| This document also relates to: | Case No. 5:15-cv-01166-RMW |
|---|---|

RUSSELL WOOD and THOMAS WILSON, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

LENOVO (UNITED STATES) INC., LENOVO HOLDING COMPANY, INC., LENOVO GROUP LIMITED, and SUPERFISH INC.,

        Defendants.

| This document also relates to: | Case No. 5:15-cv-01177-RMW |
|---|---|

MICHELLE BEHREN and MARY JANE BARBOSA, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

LENOVO (UNITED STATES) INC. and SUPERFISH INC.,

        Defendants.

| This document also relates to: | Case No. 5:15-cv-01206-RMW |
|---|---|

ROBERT RAVENCAMP, on behalf of himself and all others similarly situated,

        Plaintiffs,

v.

LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC.

        Defendants.

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW
4

| | |
|---|---|
| This document also relates to:<br><br>SUSAN WEBSTER SCHULTZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO GROUP LIMITED, LENOVO (UNITED STATES) INC. and SUPERFISH, INC.,<br><br>Defendants. | Case No. 5:15-cv-01270-RMW |
| This document also relates to:<br><br>THOMAS KIM, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:15-cv-01432-RMW |
| This document also relates to:<br><br>VINCENT WONG and NAGASUBRAHMANYAM KUMMARAGUNTA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation,<br><br>Defendants. | Case No. 5:15-cv-01478-RMW |

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW

5

| This document also relates to: | Case No. 5:15-cv-01496-RMW |
|---|---|

BILL CULLIFER, LIZ EDWARDS, DOUGLAS IRWIN, JOSEPH GUERRA, AUSTIN ARDMAN, HANK BAUMER, THOMAS BEHRENDT, ALLAN BOGH, RICHARD BROOKS, JILL CAZAUBON, JENNIFER COLE, LAUREN DANNHEIM, JENNIFER DAVIS, EDWARD DRESSEL, CHRISTOPHER DUNN, DONALD GEARHART, KENG GEE, BRIAN GUTTERMAN, HEATHER HARE, JOSE HIDALGO, NEERAJ KALRA, RYAN KEMPER, JIM KOPPS, RAJKUMAR KOTHAPA, MICHELE LARGÉ, ARUL LOUIS, THOMAS LUCAS, TOM MILLER, ERIC MORETTI, TREVOR MURDOCK, TRAVIS PALMER, ELIZABETH PRATT, ROBERT QAKISH, TINA RICHMAN, CANDACE ROSE, DANIELLE ROUGIER, RAY SCHMALZER, ZESHAN SHEIKH, CHRIS SHOUTS, ALICE SPALITTA, ZACHARY STEIN, CONNIE SUPERNAULT, RUSS TAKLE, NATE TALLEY, NIKOLAS THERIOT, ARIELLA VASQUEZ, KATE WOODS, KYLE YOUNGS, AND LIANGFANG ZHAO, individually, and on behalf of all others similarly situated,

     Plaintiffs,

v.

SUPERFISH, INC., and LENOVO (UNITED STATES), INC.,

     Defendants.

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW          6

| | |
|---|---|
| This document also relates to:<br><br>DIMITRIY KHAZAK, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>SUPERFISH, INC., LENOVO (UNITED STATES), INC., and LENOVO GROUP LIMITED,<br><br>            Defendants. | Case No. 5:15-cv-01665-RMW |
| This document also relates to:<br><br>ROSS M. BABBITT, on behalf of himself and all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>LENOVO (UNITED STATES), INC., and SUPERFISH, INC.,<br><br>            Defendants. | Case No. 5:15-cv-01712-RMW |

Defendants Lenovo (United States), Inc. and Superfish, Inc. move for an order staying all proceedings in this case and the sixteen related actions (collectively, the "N.D. Cal. Lenovo Adware actions") pending the decision by the Judicial Panel on Multidistrict Litigation ("JPML") regarding coordination or consolidation of pretrial proceedings and transfer pursuant to 28 U.S.C. § 1407. Dkt. No. 29. At least twelve of the plaintiffs from the seventeen cases submitted a joint opposition to Defendants' motion for a stay, *see* Dkt. No. 31, and Defendants filed a reply, *see* Dkt. No. 34. Because the court finds this matter suitable for decision without oral argument, *see* Civil Local Rule 7-1(b), the Court hereby VACATES the hearing on this motion set for May 15, 2015. Having considered the submissions of the parties, the relevant law, and the record in this case, the Court hereby GRANTS Defendants' motion for a stay.

The N.D. Cal. Lenovo Adware actions make up seventeen of twenty-seven similar cases

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW                                                7

filed nationwide in nine districts, all of which arise out of allegations regarding the operation of Superfish software installed on Lenovo computers. Dkt. No. 34, at 1 n.2. A motion for consolidation and transfer is currently pending before the JPML, and the JPML will hold a hearing on May 28, 2015 to determine whether the twenty-seven cases should be consolidated and transferred to a single district, potentially the Northern District of California. Dkt. No. 29, at 4. Neither the Defendants nor any named plaintiffs in any of the twenty-seven cases have opposed consolidation. *Id*. Citing the prospect that continuing proceedings in the cases before this court before the JMPL renders a decision on consolidation and transfer will unnecessarily burden Defendants and this court with potentially duplicative and wasteful expenditure of resources, Defendants move for a stay. Plaintiffs contend that pretrial proceedings will be useful regardless of the JPML's decision and that Defendants will not be prejudiced.

The court finds that: (1) a short stay is warranted under the circumstances so as to avoid wasteful expenditure of judicial and litigant resources; and (2) a stay until the JPML renders a decision is unlikely to prejudice either party.

JPML proceedings and the JPML transfer process are designed "to eliminate duplication in discovery, avoid conflicting rulings and schedules, reduce litigation cost, and save the time and effort of the parties, the attorneys, the witnesses, and the courts." Manual for Complex Litigation § 20.131. Given the likelihood that this case will be consolidated and transferred by the JPML, whether to this district or elsewhere, the court finds that judicial economy weighs in favor of granting Defendants' motion for a stay. Furthermore, requiring Defendants to comply with their obligations under Federal Rules of Civil Procedure 16 and 26(f) before the JPML decision would be prejudicial given that the contours of the case may change following consolidation and transfer. Finally, as the JPML is likely to rule on the question of consolidation and transfer in approximately one month, a stay at this point in the proceedings will result in a very short delay.

Accordingly, the court GRANTS Defendants' motion for a stay.

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW                                     8

**IT IS SO ORDERED** that: (1) the deadline for Defendants Superfish and Lenovo to answer, move, or otherwise respond to the complaints in the above-captioned actions shall be extended until forty-five days after the Judicial Panel on Multidistrict Litigation issues an order deciding the Motion for Transfer and Consolidation, or as otherwise ordered by the transferee Court if the Motion for Transfer and Consolidation is granted; (2) the parties' obligations under Federal Rules of Civil Procedure 16 and 26(f) and any other pending deadlines—whether set by the Local Rules of this District, the Federal Rules of Civil Procedure, an order of this court, or otherwise—in the above-captioned actions shall be stayed until further order from the court or the transferee court if the Motion for Transfer and Consolidation is granted; and (3) the case management conference set for June 19, 2015 is hereby vacated, and will be reset by the court if any of the cases remain in this court.

Dated: May 12, 2015

_____
Ronald M. Whyte
United States District Judge

ORDER GRANTING MOTION FOR STAY
15-cv-00807-RMW                          9