JONATHAN K. LEVINE (SBN 220289)
jkl@pritzkerlevine.com
ELIZABETH C. PRITZKER (SBN 146267)
ecp@pritzkerlevine.com
PRITZKER LEVINE LLP
180 Grand Avenue, Suite 1390
Oakland, CA 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110

*Attorneys for Plaintiffs Sterling
International Consulting Group*

[Additional Counsel Appear on Signature Pages]

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NORTHERN CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STERLING INTERNATIONAL CONSULTING GROUP,<br>on behalf of itself and all others similarly situated,<br><br> Plaintiff, <br>v.<br><br>LENOVO (UNITED STATES) INC.,<br>LENOVO GROUP LIMITED, and SUPERFISH, INC.,<br><br> Defendants. <br><br>CAPTION CONTINUED ON THE NEXT PAGE | **Case No. 5:15-cv-00807-RMW**<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)** |

| | |
|---|---|
| This document relates to: | **Case No. 5:15- cv-00819-RSW** |

DAVID HUNTER, individually, and on behalf of all others similarly situated,

           Plaintiff,

v.

LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation,

           Defendants.

| | |
|---|---|
| This document relates to: | **Case No. 5:15-cv-00964-RMW** |

CHRISTOPHER HALL, MATTHEW KELSO, MICHAEL MORICI, JAYNE COSTANZO, RYAN BAUMGARTNER, LAURA BURNS, THOMAS CARNEY, BEATRIZ DAVIS, DENNIS HASTY, WENDY DURAN and GABE DURAN, individually, and on behalf of all others similarly situated,

           Plaintiff,

v.

LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED and SUPERFISH, INC.,

           Defendants.

| | |
|---|---|
| This document relates to: | **Case No. 5:15-cv-01044-RMW** |

RHONDA ESTRELLA, SONIA FEREZAN, JOHN WHITTLE, and ALAN WOYT on behalf of themselves and all others similarly situated,

           Plaintiffs,

v.

LENOVO (UNITED STATES), INC. and SUPERFISH, INC.,

           Defendants.

CAPTION CONTINUED ON THE NEXT PAGE

| | |
|---|---|
| 1 | This document relates to: | **Case No. 5:15-cv-01069-RMW** |
| 2 | KEN MARTINI, individually and on behalf of all others similarly situated, |
| 3 | |
| 4 | Plaintiff, |
| | v. |
| 5 | LENOVO (UNITED STATES), INC. and SUPERFISH, INC., |
| 6 | |
| 7 | Defendants. |

This document relates to:    **Case No.  5:15-cv-01113-RMW**

JGX, INC. D/B/A LEFTY O'DOUL'S, individually and on behalf of a class of those similarly situated,

Plaintiff,

v.

LENOVO GROUP LIMITED,
LENOVO (UNITED STATES), INC., and
SUPERFISH, INC.

Defendants.

This document relates to:    **Case No. 5:15-cv-01122-RMW**

STANLEY D. JOHNSON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

LENOVO (UNITED STATES), INC., LENOVO GROUP LIMITED, and SUPERFISH, INC.,

Defendants.

CAPTION CONTINUED ON THE NEXT PAGE

| | |
|---|---|
| 1   This document relates to: | **Case No. 5:15-cv-01125-RMW** |
| 2   MICHAEL SIMONOFF, individually and on | |
| 3   behalf of all others similarly situated, | |
| 4   v. Plaintiff, | |
| 5   LENOVO (UNITED STATES), INC., and | |
| 6   SUPERFISH, INC., | |
| 7   Defendants. | |

This document relates to:     **Case No. 5:15-cv-01166-RMW**

RUSSELL WOOD and THOMAS WILSON, individually and on behalf of all others similarly situated,

             Plaintiffs,

v.

LENOVO (UNITED STATES), INC., LENOVO HOLDING COMPANY, INC., LENOVO GROUP LIMITED, and SUPERFISH, INC.,

             Defendants.

This document relates to:     **Case No. 5:15-cv-01177-RMW**

MICHELLE BEHREN and MARY JANE BARBOSA, individually and on behalf of all others similarly situated,

             Plaintiffs,

v.

LENOVO (UNITED STATES) INC. and SUPERFISH INC.,

             Defendants.

CAPTION CONTINUED ON NEXT PAGE

| This document relates to: | **Case No. 5:15-cv-01206-RMW** |
|---|---|
| ROBERT RAVENCAMP, on behalf of Himself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO (UNITED STATES), INC. and SUPERFISH, INC., | |
| Defendants. | |
| This document relates to: | **Case No. 5:15-cv-01270-RMW** |
| SUSAN WEBSTER SCHULTZ, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO GROUP LIMITED, LENOVO (UNITED STATES) INC. and SUPERFISH INC., | |
| Defendants. | |
| This document relates to: | **Case No. 5:15-cv-01432-RMW** |
| THOMAS KIM, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO (UNITED STATES), INC., a Delaware corporation, and SUPERFISH, INC., a Delaware corporation, | |
| Defendants. | |
| This document relates to: | **Case No.: 5:15-cv-01496-RMW** |
| BILL CULLIFER, LIZ EDWARDS, DOUGLAS IRWIN, JOSEPH GUERRA, AUSTIN ARDMAN, HANK BAUMER, THOMAS BEHRENDT, ALLAN BOGH, RICHARD BROOKS, JILL CAZAUBON, JENNIFER COLE, LAUREN DANNHEIM, JENNIFER DAVIS, EDWARD DRESSEL, CHRISTOPHER DUNN, DONALD GEARHART, KENG GEE, BRIAN GUTTERMAN, HEATHER HARE, JOSE HIDALGO, NEERAJ KALRA, RYAN KEMPER, JIM KOPPS, RAJKUMAR KOTHAPA, MICHELE LARGÉ , ARUL LOUIS, THOMAS LUCAS, TOM MILLER, ERIC MORETTI, | |

1

TREVOR MURDOCK, TRAVIS PALMER,
ELIZABETH PRATT, ROBERT QAKISH, TINA
RICHMAN, CANDACE ROSE, DANIELLE
ROUGIER, RAY SCHMALZER, ZESHAN
SHEIKH, CHRIS SHOUTS, ALICE SPALITTA,
ZACHARY STEIN, CONNIE SUPERNAULT,
RUSS TAKLE, NATE TALLEY, NIKOLAS
THERIOT, ARIELLA VASQUEZ, KATE
WOODS, KYLE YOUNGS, AND LIANGFANG
ZHAO, INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

2

3

4

5

6

Plaintiffs,

7

v.

8

SUPERFISH, INC., and LENOVO (UNITED
STATES), INC.

9

Defendants.

10

11

This document relates to:

**Case No. 5:15-cv-01665-RMW**

12

DIMITRIY KHAZAK, individually, and on behalf
of all others similarly situated,

13

Plaintiff,

14

v.

15

SUPERFISH, INC., LENOVO (UNITED
STATES), INC., and LENOVO GROUP
LIMITED,

16

17

Defendants.

18

CAPTION CONTINUED ON THE NEXT PAGE

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS
COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);
CASE NO. 5:15-CV-00807-RMW**

| | |
|---|---|
| This document relates to: | **Case No. 5:15-cv-01712-RMW** |
| ROSS M. BABBITT, on behalf of himself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| LENOVO (UNITED STATES), INC. and SUPERFISH, INC., | |
| Defendants. | |

WHEREAS the above-referenced plaintiffs filed the 17 above-captioned cases, asserting individual and class claims on behalf of purchasers of notebook computers manufactured by defendant Lenovo containing software manufactured by defendant Superfish;

WHEREAS ten other putative class actions have been filed in federal district courts throughout the United States asserting similar claims against the same defendants;

WHEREAS on June 8, 2015, the Judicial Panel on Multidistrict Litigation ("JPML") centralized all 27 of the above-referenced actions and transferred them to this Court for coordinated or consolidated pretrial proceedings as *In re: Lenovo Adware Litigation*, MDL No. 2624;

WHEREAS only certain of the ten Lenovo actions filed outside the Northern District of California have been transferred to this Court pursuant to the JPML's June 8, 2015 Transfer Order;

WHEREAS a case management conference was previously set for June 19, 2015, but subsequently vacated by this Court's May 12, 2015 Order Granting Motion for Stay, which provided that the case management conference would be reset by the Court if the litigation remained before the Court after the JPML ruled;

WHEREAS plaintiffs in the 27 actions that are now part of the *In re: Lenovo Adware Litigation* have conferred and agree that interim class counsel should be designated pursuant to Fed. R. Civ. P. 23(g)(3) to clarify "responsibility for protecting the interests of the class during precertification activities, such as making and responding to motions, conducting any necessary

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

1

discovery, moving for class certifications, and negotiating settlement." *Manual for Complex Litigation (Fourth)* § 21.11 (2004);

WHEREAS, plaintiffs in the Lenovo actions filed outside the Northern District of California that have not yet been transferred to this Court have expressly authorized the undersigned counsel to represent to the Court that they concur in and agree to be bound by this stipulation;

WHEREAS defendants take no position on what law firm(s) should be appointed interim class counsel, but agree that interim class counsel should be appointed expeditiously to allow the litigation to proceed in an orderly and efficient manner;

WHEREAS all parties agree that interim class counsel should be appointed by the Court sufficiently in advance of the initial case management conference to allow time for all the parties to adequately prepare for that conference.

NOW THEREFORE, the above-referenced plaintiffs and defendants Lenovo and Superfish, by and through their respective counsel of record, hereby stipulate as follows:

1. Any law firm(s) seeking to be appointed interim class counsel for plaintiffs in the *In re Lenovo Adware Litigation* shall file moving papers on June 23, 2015;

2. Responses shall be filed on July 7, 2015;

3. Replies, if permitted by the Court, shall be filed by 5:00 pm on July 13, 2015;

4. If there are competing motions for appointment of interim class counsel, a hearing shall be held at 9:00 a.m. on July 17, 2015, or as soon thereafter as the Court is available; and

5. The initial case management conference shall be scheduled at the Court's convenience to follow the appointment of interim class counsel.


Dated: June 18, 2015

**PRITZKER LEVINE LLP**
Jonathan K. Levine (SBN 220289)
Elizabeth C. Pritzker (SBN 146267)


_____/s/ Jonathan K. Levine_____

180 Grand Avenue, Suite 1390

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

2

Oakland, California 94612
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
jkl@pritkzkerlevine.com
ecp@pritzkerlevine.com

Attorneys for Plaintiff in *Sterling v. Lenovo (United States) Inc., et al.*

**EDELSON PC**
Samuel M. Lasser (SBN 252754)


_____*/s/ Samuel M. Lasser*_____


1934 Divisadero Street
San Francisco, California 94115
Telephone:  (415) 994-9930
Facsimile:  (415) 776-8047
slasser@edelson.com

**EDELSON PC**
Jay Edelson
Rafey S. Balabanian
Benjamin H. Richman
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone:  (312) 589-6370
Facsimile:  (312) 589-6378
jedelson@edelson.com
rbalabanian@edelson.com
brichman@edelson.com

Attorneys for Plaintiffs in *Hunter v. Lenovo (United States) Inc., et al.*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Linda Fong (SBN 124232)

_____*/s/ Laurence D. King*_____
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 772-4700
Facsimile:   (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

3

Attorneys for Plaintiffs in *Hall, et al. v. Lenovo (United States) Inc., et al.*

**GIRARD GIBBS LLP**
Daniel C. Girard (SBN 114826)
Adam E. Polk (SBN 273000)

_____/s/ Daniel C. Girard_____

601 California Street, Suite 1400
San Francisco, CA 94104
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846
dcg@girardgibbs.com
aep@girardgibbs.com

Attorneys for Plaintiffs in *Estrella, et al. v. Lenovo (United States) Inc., et al.*

**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (SBN 060827)
J. Jason Hill (SBN 179630)

_____/s/ Timothy D. Cohelan_____

605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000
tcohelan@ckslaw.com
jhill@ckslaw.com

Attorneys for Plaintiffs in *Martini v. Lenovo (United States) Inc., et al.*

**COTCHETT, PITRE & McCARTHY, LLP**
Philip L. Gregory (SBN 95217)
Steven N. Williams (SBN 175489)
Matthew K. Edling (SBN 250940)

_____/s/ Matthew K. Edling_____

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

4

Facsimile: (650) 697-0577
medling@cpmlegal.com

Attorneys for Plaintiff in *JGX, Inc. v. Lenovo Group Limited, et al.*

**GREEN & NOBLIN, P.C.**
Robert S. Green (SBN 136183)

_____/s/ Robert S. Green_____

700 Larkspur Landing Circle, Suite 275
Larkspur, CA 94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
gnecf@classcounsel.com

**FEDERMAN & SHERWOOD**
William Federman
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:  (405(239-2112
wbf@federmanlaw.com

Attorneys for Plaintiffs in *Johnson v. Lenovo (United States) Inc., et al.*

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
Todd M. Schneider (SBN 158253)
Mark T. Johnson (SBN 076904)

_____/s/ Todd M. Schneider_____

180 Montgomery Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson
1622 Locust Street
Philadelphia, PA 19103

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

5

Telephone: (215) 875-4656
Facsimile:  (215) 875-4604
scarson@bm.net

Attorneys for Plaintiff in *Simonoff v. Lenovo (United States) Inc., et al.*

**WEITZ & LUXENBERG, P.C.**
Christopher B. Dalbey (SBN 285562)
Robin L. Greenwald
James J. Bilsborrow

_____*/s/ Christopher B. Dalbey*_____

700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

1880 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone:  (310) 247-0921
Facsimile:  (310) 786-9927
cdalbey@weitzlux.com
rgreenwald@weitzlux.com
jbilsborrow@weitzlux.com

Attorneys  for  Plaintiffs  in  *Wood,  et  al.  v. Lenovo (United States) Inc., et al.*

**FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.**
Seth M. Lehrman (SBN 178303)
Steven R. Jaffe

_____*/s/ Seth M. Lehrman*_____

425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Telephone:  (954) 524-2820
Facsimile:  (954) 524-2822
seth@pathtojustice.com
steve@pathtojustice.com

Attorneys  for  Plaintiff  in  *Behren,  et  al.  v. Lenovo (United States) Inc., et al*.

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS
COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);
CASE NO. 5:15-CV-00807-RMW**

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STUEVE SIEGEL HANSON LLP**
Jason S. Hartley (SBN 192514)

_____/s/ Jason S. Hartley_____

550 West C Street, Suite 1750
San Diego, CA 92101
Telephone:  (619) 400-5822
Facsimile:  (619) 400-5832
hartley@stuevesiegel.com

**STUEVE SIEGEL HANSON LLP**
Norman E. Siegel
Barrett J. Vahle
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: (816) 714-7100
Facsimile:  (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com

Attorneys for Plaintiffs in _Ravencamp v. Lenovo (United States) Inc., et al._

**SAVERI & SAVERI, INC.**
Cadio Zirpoli (SBN 179108)
Carl N. Hammarskjold (SBN 280961)

_____/s/ Cadio Zirpoli_____

706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
cadio@saveri.com
carl@saveri.com

Attorneys for Plaintiffs in _Schultz v. Lenovo Group Limited, et al._

**LAW OFFICES OF DOUGLAS J. CAMPION, APC**
Douglas J. Campion (SBN 75381)

_____/s/ Douglas J. Campion_____

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS
COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);
CASE NO. 5:15-CV-00807-RMW

17150 Via Del Campo, Suite 100
San Diego, California 92127
Telephone:  (619) 299-2091
Facsimile:  (619) 858-0034
doug@djcampion.com

Attorney for Plaintiff in *Kim v. Lenovo
(United States) Inc., et al.*

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
Mona Amini (SBN 296829)

_____*/s/ Abbas Kazerounian*_____

245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523
ak@kazlg.com
mona@kazlg.com

**HYDE & SWIGART**
Joshua B. Swigart (SBN 225557)
2221 Camino Del Rio South, Suite 101
San Diego, California 92108
Telephone:  (619) 233-7770
Facsimile:  (619) 297-1022
josh@westcoastlitigation.com

Attorneys for Plaintiffs in *Wong et al. v.
Lenovo (United States) Inc., et al.*

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen (SBN 219683)

_____*/s/ Laurence M. Rosen*_____

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone:  (213) 785-2610
Facsimile:  (213) 226-4684
lrosen@rosenlegal.com

**THE ROSEN LAW FIRM, P.A.**

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

8

Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone:  (212) 686-1060
pkim@rosenlegal.com

Attorneys for Plaintiffs in *Cullifer et al. v. Superfish, Inc., et al.*

**CONSUMER LAW PRACTICE OF DANIEL T. LEBEL**
Daniel T. LeBel (SBN 246169)

_____*/s/ Daniel T. LeBel*_____

3 Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone:  (415) 513-1414
Facsimile:  (415) 563-7848
danlebel@consumerlawpractice.com

Attorneys for Plaintiff in *Khazak  v. Superfish, Inc., et al.*

**JOSEPH SAVERI LAW FIRM, INC.**
Joseph R. Saveri (SBN 130064)
Kevin E. Rayhill (SBN 267496)

_____*/s/ Joseph R. Saveri*_____

505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

**KARON LLC**
Daniel R. Karon
Beau D. Hollowell
700 W. Saint Clair Avenue
Cleveland, Ohio 44113
Telephone: (216) 551-9175
Facsimile: (216) 241-8175

**HEINS MILLS & OLSON PLC**
Vincent J. Esades
James W. Anderson

---

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

9

310 Clifton Avenue
Minneapolis, Minnesota 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

Attorneys for Plaintiff in *Babbitt v. Lenovo
(United States) Inc., et al.*

**FENWICK & WEST LLP**
Rodger R. Cole

_____*/s/ Rodger R. Cole*_____

801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Counsel for Defendant Superfish, Inc.

**K&L GATES LLP**
Daniel J. Stephenson

_____*/s/ Daniel J. Stephenson*_____

10100 Santa Monica Blvd., 7th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001
Dan.stephenson@klgates.com

Counsel for Defendant Lenovo (United States),
Inc.

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS
COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);
CASE NO. 5:15-CV-00807-RMW

10

**PROPOSED ORDER**

Pursuant to Stipulation, it is SO ORDERED.


DATED: _____          _____
                           HONORABLE RONALD M. WHYTE
                           UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS
COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);
CASE NO. 5:15-CV-00807-RMW

11

**ATTESTATION**

I, Jonathan K. Levine, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

On June 16, 2015, I emailed a draft of this filing to counsel of record for plaintiffs in the ten actions filed outside the Northern District of California, requesting that counsel authorize me to represent to the Court that they concur in the terms of this filing and agree to be bound by it on behalf of their respective plaintiffs. I hereby attest that I have received written confirmation from all plaintiffs' counsel in the ten actions that they concur in the terms of this filing and agreed to be bound by it.

*/s/ Jonathan K. Levine*
Jonathan K. Levine

**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(G);**
**CASE NO. 5:15-CV-00807-RMW**

12