1  JONATHAN K. LEVINE (SBN 220289)
   jkl@pritzkerlevine.com
2  ELIZABETH C. PRITZKER (SBN 146267)
   ecp@pritzkerlevine.com
3  PRITZKER LEVINE LLP
4  180 Grand Avenue, Suite 1390
   Oakland, CA 94612
5  Telephone: (415) 692-0772
6  Facsimile: (415) 366-6110

7  DANIEL C. GIRARD (SBN 114826)              STEVEN N. WILLIAMS (SBN 175489)
   dcg@girardgibbs.com                         swilliams@cpmlegal.com
8  ELIZABETH A. KRAMER (SBN 293129)            ALEXANDRA P. SUMMER (SBN 266485)
9  eak@girardgibbs.com                         asummer@cpmlegal.com
   ANDRE M. MURA (SBN 298541)                  STEPHANIE D. BIEHL (SBN 306777)
10 amm@classlawgroup.com                       sbiehl@cpmlegal.com
   GIRARD GIBBS LLP                            COTCHETT, PITRE & McCARTHY, LLP
11 601 California Street, Suite 1400           San Francisco Airport Office Center
12 San Francisco, CA 94104                     840 Malcolm Road, Suite 200
   Telephone: (415) 981-4800                   Burlingame, CA 94010
13 Facsimile: (415) 981-4846                   Telephone: (650) 697-6000
                                               Facsimile: (650) 697-0577
14
15 *Class Counsel*

16 [Additional Counsel Appear on Signature Pages]

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NORTHERN CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: LENOVO ADWARE LITIGATION | Case No. 3:15-md-02624-HSG |
| This Document Relates to All Cases | JOINT STIPULATION AND CASE MANAGEMENT ORDER |
| | Courtroom: 10, 19th Floor |
| | Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the Court's comments at the Case Management Conference on December 20, 2016, and to clarify the record in view of upcoming case deadlines, the Parties respectfully request that Court order as follows regarding the case schedule between now and the Settlement Conference to be scheduled before Magistrate Judge Corley in early 2017:

| Event | Current Date | Proposed Date |
|---|---|---|
| Lenovo's response to Amended Complaint to be filed by: | January 16, 2017 | January 17, 2017 |
| Plaintiffs' opposition to Lenovo's motion to dismiss to be filed by: | None | February 10, 2017 |
| Settlement conference to be completed by: | None | February 2017 |
| Status report on settlement conference to be filed by: | None | One week from completion of settlement conference |
| Lenovo reply on motion to dismiss to be filed by: | None | March 2, 2017 |
| Hearing on Lenovo's motion to dismiss: | None | March 30, 2017, at 2:00 p.m. |
| Non-expert discovery cutoff: | January 13, 2017 | April 7, 2017 |
| Expert reports to be served by: | January 27, 2017 | April 21, 2017 |
| Opposition expert reports to be served by: | February 10, 2017 | May 12, 2017 |
| Expert discovery cutoff: | February 24, 2017 | May 26, 2017 |
| Summary judgment /dispositive motions to be filed by: | March 24, 2017 | June 23, 2017 |
| Oppositions to any summary judgment/dispositive motions to be filed by: | April 28, 2017 | July 21, 2017 |
| Replies to any summary judgment/dispositive motions to be filed by: | May 19, 2017 | August 11, 2017 |

JOINT STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER
CASE NO.: 3:15-MD-02624-HSG

1

Furthermore, as suggested by the Court at the Case Management Conference:

1. The case schedule is subject to change based upon the parties' status report on the Settlement Conference, to be filed one week after completion of the Settlement Conference.

2. The hearing on Plaintiffs' motion for preliminary approval of the Superfish settlement (Dkt. No. 163), set for February 23, 2017, at 2:00 p.m., is hereby vacated and shall be reset at the next case management conference.

3. The cases that are consolidated within Case No. 15-md-02624-HSG, and therefore administratively related to that Case Number, shall be administratively closed by the Clerk, pending further order of the Court, and consistent with the Initial Case Management Order at Docket Number 8, Case No. 15-md-02624-HSG.  Therefore, the Clerk shall administratively close the following Case Numbers:

| | | |
|---|---|---|
| 3:15-cv-01113-HSG | 5:15-cv-01044-RMW | 3:15-cv-01478-HSG |
| 3:15-cv-01122-HSG | 3:15-cv-00807-HSG | 3:15-cv-01177-HSG |
| 3:15-cv-01125-HSG | 3:15-cv-01069-HSG | 3:15-cv-01206-HSG |
| 5:15-cv-01166-RMW | 3:15-cv-01712-HSG | 3:15-cv-01496-HSG |
| 3:15-cv-00819-HSG | 3:15-cv-01270-HSG | 3:15-cv-01665-HSG |
| 3:15-cv-00964-HSG | 3:15-cv-01342-HSG | |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: January 5, 2017 | **PRITZKER LEVINE LLP** |
| 2 | | */s/ Jonathan K. Levine* |
| 3 | | Jonathan K. Levine (SBN 220289) |
| 4 | | Elizabeth C. Pritzker (SBN 146267) |
| | | 180 Grand Avenue, Suite 1390 |
| 5 | | Oakland, California 94612 |
| 6 | | Telephone: (415) 692-0772 |
| | | Facsimile: (415) 366-6110 |
| 7 | | jkl@pritkzkerlevine.com |
| | | ecp@pritzkerlevine.com |
| 8 | | |
| 9 | | **GIRARD GIBBS LLP** |
| 10 | | */s/ Daniel C. Girard* |
| 11 | | Daniel C. Girard (SBN 114826) |
| | | Elizabeth A. Kramer (SBN 293129) |
| 12 | | Andre M. Mura (SBN 298541) |
| 13 | | 601 California Street, Suite 1400 |
| | | San Francisco, CA 94104 |
| 14 | | Telephone: (415) 981-4800 |
| | | Facsimile: (415) 981-4846 |
| 15 | | dcg@girardgibbs.com |
| 16 | | eak@girardgibbs.com |
| | | amm@classlawgroup.com |
| 17 | | |
| | | **COTCHETT, PITRE & McCARTHY, LLP** |
| 18 | | |
| 19 | | */s/ Alexandra P. Summer* |
| 20 | | Steven N. Williams (SBN 175489) |
| | | Alexandra P. Summer (SBN 266485) |
| 21 | | Stephanie D. Biehl (SBN 306777) |
| 22 | | San Francisco Airport Office Center |
| | | 840 Malcolm Road, Suite 200 |
| 23 | | Burlingame, CA 94010 |
| | | Telephone: (650) 697-6000 |
| 24 | | Facsimile: (650) 697-0577 |
| 25 | | swilliams@cpmlegal.com |
| | | asummer@cpmlegal.com |
| 26 | | sbiehl@cpmlegal.com |
| 27 | | *Class Counsel* |
| 28 | | |

**K&L GATES LLP**

*/s/ Daniel J. Stephenson*

Daniel J. Stephenson (SBN 270722)
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Telephone:  (310) 552-5000
Facsimile:  (310) 552-5001
Dan.stephenson@klgates.com

*Counsel for Defendant Lenovo*

**FENWICK & WEST**

*/s/ Rodger R. Cole*

Rodger R. Cole (SBN 178865)
Tyler G. Newby (SBN 205790)
801 California Street
Mountain View, CA 94041
Telephone:  (650) 988-8500
Facsimile:  (650) 938-5200

*Counsel for Defendant Superfish, Inc.*

Pursuant to the Parties' Stipulation and for good cause shown,

IT IS SO ORDERED EXCEPT THAT 5:15-CV-01166-RMW AND 5:15-CV-01044-RMW WILL NOT BE ADMINISTRATIVELY CLOSED BECAUSE THOSE MATTERS HAVE BEEN CLOSED AND WERE NEVER ASSIGNED TO THIS COURT.

Dated:  January 5, 2017

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

**ATTESTATION**

I, Alexandra P. Summer, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for all parties have concurred in this filing.

*/s/ Alexandra P. Summer*
Alexandra P. Summer